TRINA A. HIGGINS, United States Attorney (#7349)
BRYANT L. WATSON, Assistant United States Attorney (#16980)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JUL 17 '24 PM 12:16

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL EDGAR DIAZ-SALAZAR<br>(a.k.a. "Negro" a.k.a. "Luis Garcia")<br><br>and<br><br>ESTUARDO LEONEL CASTANEDA<br>(a.k.a. "Toro" a.k.a. "Efe Toro Jks")<br><br>Defendants. | **INDICTMENT**<br><br>VIOLATIONS:<br>Count I: 18 U.S.C. § 932(b)(1) and 18 U.S.C. § 371<br>Conspiracy to Commit Straw Purchasing<br><br>Count II: 18 U.S.C. § 933(a)(3) and 18 U.S.C. § 371<br>Conspiracy to Commit Gun Trafficking<br><br>Case: 2:24-cr-00237<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 7/16/2024 |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 932(b)(1) and 18 U.S.C. § 371
(Conspiracy to Commit Straw Purchasing)

On or about November 15, 2022, and continuing until about December 21, 2022, in the District of Utah,

ESTUARDO LEONEL CASTANEDA and
MIGUEL EDGAR DIAZ-SALAZAR,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other to commit the following offense against the United States: to knowingly purchase a firearm in or otherwise affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of MIGUEL EDGAR DIAZ-SALAZAR, knowing and having reasonable cause to believe MIGUEL EDGAR DIAZ-SALAZAR had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year in violation of Title 18, United States Code, Section 932(b)(1), and did any act to effect the object of the conspiracy, to-wit:

- On or about December 15, 2022, at MIGUEL EDGAR DIAZ-SALAZAR's behest, ESTUARDO LEONEL CASTANEDA negotiated with a third-party seller the purchase price of an advertised "Hellcat compact 9mm;"

all in violation of Title 18, United States Code, Section 371.

## COUNT II
18 U.S.C. § 933(a)(3) and 18 U.S.C. § 371
(Conspiracy to Commit Gun Trafficking)

On or about November 15, 2022, and continuing until about December 21, 2022, in the District of Utah,

ESTUARDO LEONEL CASTANEDA and
MIGUEL EDGAR DIAZ-SALAZAR,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other to commit the following offense against the United States: to transfer and dispose to MIGUEL EDGAR DIAZ-SALAZAR firearms in or otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by MIGUEL EDGAR DIAZ-SALAZAR would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(3), and did any act to effect the object of the conspiracy, to-wit:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- On or about December 18, 2022, ESTUARDO LEONEL CASTANEDA negotiated with a third-party seller the purchase price of an advertised "M&P" handgun, which he intended to purchase and transfer and dispose to MIGUEL EDGAR DIAZ-SALAZAR,

all in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

/S/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRYANT L. WATSON
Assistant United States Attorney