TRINA A. HIGGINS, United States Attorney (#7349)
BRYANT L. WATSON, Assistant United States Attorney (#16980)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Bryant.watson@usdoj.gov

FILED US District Court-UT
AUG 28 '24 AM11:04

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTUARDO LEONEL CASTANEDA (a.k.a. "Toro" a.k.a. "Efe Toro Jks")<br><br>and<br><br>MIGUEL EDGAR DIAZ-SALAZAR (a.k.a. "Negro" a.k.a. "Luis Garcia")<br><br>Defendants.<br><br>**2:24-cr-237-RJS** | **FIRST SUPERSEDING INDICTMENT**<br><br>VIOLATIONS<br><br>COUNT I: 18 U.S.C. §§ 932(b)(2), 932(b)(3), 932(c)(2)<br>Conspiracy to Straw Purchase a Firearm in Furtherance of a Felony<br><br>COUNT II: 18 U.S.C. §§ 371, 922(x)(1)(A)<br>Conspiracy to Transfer Handguns to Juveniles<br><br>COUNT III: 18 U.S.C. § 932(b)(1)<br>Conspiracy to Straw Purchase a Firearm for a Known Felon<br><br>COUNT IV: 18 U.S.C. § 933(a)(3)<br>Conspiracy to Unlawfully Traffic in Firearms |

The Grand Jury Charges:

## COUNT I

18 U.S.C. § 932(b)(2)
(Conspiracy to Straw Purchase a Firearm in Furtherance of a Felony)

From on or about November 6, 2022, through on or about January 12, 2023, in the

District of Utah,

1

ESTUARDO LEONEL CASTANEDA,

did knowingly and intentionally combine, conspire, confederate, and agree together with other persons both known and unknown to the Grand Jury to purchase firearms, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request or demand of persons, knowing or having reasonable cause to believe that such other persons intended to use, carry, possess, or sell or otherwise dispose of the firearms in furtherance of a felony, and did so for, on behalf of, and at the request or demand of persons, knowing or having reasonable cause to believe that such other persons intended to sell and otherwise dispose of the firearms to others persons who intended to use, carry, and possess the firearms in furtherance of a felony, all in violation of Title 18, Sections 932(b)(2), 932(b)(3). 932(c)(2).

## COUNT II
18 U.S.C. §§ 371, 922(x)(1)(A), 924(a)(6)(A)
(Conspiracy to Transfer Handguns to Juveniles)

From on or about November 6, 2022, through on or about January 12, 2023, in the District of Utah,

ESTUARDO LEONEL CASTANEDA and
MIGUEL EDGAR DIAZ-SALAZAR,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other to commit the following offense against the United States: to sell, deliver, and otherwise transfer to persons who the transferor knows or has reasonable cause to believe are juveniles, handguns, all in violation of Title 18, Sections 922(x)(1)(A), 924(a)(6)(A), and did any act to effect the object of the conspiracy, to-wit: on or about November 13, 2022, CASTANEDA met with a person he knew to be a juvenile and sold, delivered, and transferred to said juvenile a handgun; all in violation of Title 18, United States Code, Section 371.

## COUNT III
18 U.S.C. § 932(b)(1)
(Conspiracy to Commit Straw Purchasing)

On or about November 15, 2022, and continuing until about December 21, 2023, in the District of Utah,

ESTUARDO LEONEL CASTANEDA and
MIGUEL EDGAR DIAZ-SALAZAR,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other to knowingly purchase a firearm in and otherwise affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of DIAZ-SALAZAR, knowing and having reasonable cause to believe DIAZ-SALAZAR had

been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT IV
18 U.S.C. § 933(a)(3)
(Conspiracy to Commit Gun Trafficking)

On or about November 15, 2022, and continuing until about December 21, 2023, in the District of Utah,

ESTUARDO LEONEL CASTANEDA and
MIGUEL EDGAR DIAZ-SALAZAR,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, ad agree with each other to transfer and dispose to DIAZ-SALAZAR firearms in or otherwise affecting interstate or foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by DIAZ-SALAZAR would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(3).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney


_____
Bryant L. Watson
Assistant United States Attorney

4